IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-733-KDB-DCK

| | |
|---|---|
| EQUITY SHIFT, INC., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| BITE INVESTMENTS (CAYMAN ) | |
| LIMITED), BITE STREAM LIMITED, ) | |
| BITE ASSET MANAGEMENT ) | |
| (CAYMAN) LIMITED, BITE ) | |
| INVESTMENTS (US) LLC, and BITE ) | |
| INVESTMENTS (UK) LIMITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Request To Stay Proceeding For Fourteen Days" (Document No. 23) filed January 14, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in the interests of judicial economy and efficient case management, the undersigned will grant the motion. Further stays or extensions are unlikely.

On January 14, 2025, the parties filed a "Certificate Of Settlement Conference" (Document No. 22) indicating they "are actively engaged in settlement negotiations" and "request a stay of this action for up to 14 days to engage in additional settlement discussions." (Document No. 22). The Court appreciates the efforts of the parties to resolve this matter.

By the instant motion, the parties indicate that "counsel for Plaintiff and Defendants met telephonically on November 8, 2024[,] to meaningfully discuss the possibility of settling this matter prior to the filing of an Answer or other response to the Complaint." (Document No. 23).

The motion further indicates that "[s]ettlement discussions have continued from the November 8, 2024[,] teleconference and are ongoing and active," and that the parties "have not yet reached settlement but believe they may be able to do so." Id.

The parties therefore "jointly request a stay of these proceedings for fourteen days, until January 28, 2025, including Defendants' time to answer or otherwise respond to the Complaint, in order to continue settlement discussions." Id.

**IT IS, THEREFORE, ORDERED** that the "Joint Request To Stay Proceeding For Fourteen Days" (Document No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint (Document No. 1), on or before **January 28, 2025**.

**SO ORDERED**.

Signed: January 16, 2025

David C. Keesler
United States Magistrate Judge